meaningless Interface's right to appeal a case that is final except for an accounting.

Accordingly,

IT IS ORDERED THAT:

(1) Interface's petition for a writ of mandamus is denied.

(2) Tate's motion to stay the appeal is denied.

**Velma SHIRLEY–BROWN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 02–3163.

United States Court of Appeals, Federal Circuit.

May 1, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Lu Ann AIU, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 02–3159.

United States Court of Appeals, Federal Circuit.

May 1, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DIS-

MISSED, for failure to prosecute in accordance with the rules.

Joan M. PAULEY, Petitioner,

v.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
Respondent.

No. 02–3154.

United States Court of Appeals,
Federal Circuit.

May 1, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Deana K. KELLEY, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 02–3153.

United States Court of Appeals,
Federal Circuit.

May 1, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.